In the Matter of MAX DIAZ, Petitioner, v WALTER KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Motion for reargument granted and upon reargument determination unanimously confirmed and petition dismissed (see, Matter of Lahey v Kelly, 71 NY2d 135). Cross motion to remand denied. Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.

JOHN A. GRAHAM, JR., Appellant, v ROCKWELL INTERNATIONAL CORPORATION, Respondent. (Appeal No. 2.)—Motion for clarification granted to the extent of amending this court's decision dated December 18, 1987 [135 AD2d 1128] to read as follows: "Order unanimously affirmed without costs"; and the remittitur order entered December 18, 1987 amended to read as follows: "Order unanimously affirmed without costs." Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

In the Matter of PATRICK P. DeNERO.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.

In the Matter of TIMOTHY M. KOZYRA, an Attorney.—Resignation accepted and name stricken from roll of attorneys. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

In the Matter of MARCUS C., and Others.—Motion for permission to appeal as a poor person denied. Memorandum: The motion to appeal as a poor person is denied with leave to renew. The motion papers lack a financial affidavit sworn to by the appellants and an affidavit setting forth facts showing merit to the appeal (see, CPLR 1101; Matter of Teeter v Reed, 57 AD2d 735). Present—Dillon, P. J., Doerr, Boomer, Balio and Lawton.

PETER COOPER et al., Appellants, v NORTH COUNTRY INSULATION, INC., et al., Respondents.—Motion to dismiss appeal denied. Memorandum: Motion denied as unnecessary. The appeal has been deemed abandoned pursuant to 22 NYCRR 1000.3 (b) (2) and no formal order to that effect is necessary. Present—Dillon, P. J., Doerr, Boomer, Balio and Lawton, JJ.